| | |
|---|---|
| 1 | TIMOTHY COURCHAINE |
| 2 | United States Attorney<br>District of Arizona |
| 3 | JOSEPH E. KOEHLER<br>Assistant U.S. Attorney |
| 4 | Arizona State Bar No. 27730<br>Two Renaissance Square |
| 5 | 40 N. Central Ave., Ste. 1800<br>Phoenix, Arizona 85004 |
| 6 | Telephone: 602-514-7500<br>Email: joe.koehler@usdoj.gov |
| 7 | Attorneys for Plaintiff |

```
            ✓ FILED    ___ LODGED
            ___ RECEIVED ___ COPY

                AUG 0 5 2025

            CLERK U S DISTRICT COURT
              DISTRICT OF ARIZONA
            BY_____ksn_____Z_ DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-25-01106-PHX-KML (ASB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 8 U.S.C. §§ 1253(a)(1)(A)<br>(Willful Failure or Refusal to Depart the United States Within 90 Days of Final Order of Removal)<br>Count 1 |
| Anxhela Spahi, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about July 28, 2025, in the District of Arizona, the defendant, Anxhela Spahi, an alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in 8 U.S.C. § 1227(a), did willfully fail and refuse to depart the United States within a period of 90 days from the date the removal order became final.

//

//

//

1  In violation of Title 8, United States Code, Sections 1253(a)(1)(A).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: August 5, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

     /s/
JOSEPH E. KOEHLER
Assistant U.S. Attorney